Argued and submitted March 9, reversed and remanded for reconsideration
April 22, 1998

In the Matter of the Marriage of

Tonia Dawn GREENE,
*Petitioner,*

*and*

Sean Jason GREENE,
*Respondent.*

STATE OF OREGON ex rel
Tonia Greene TAYLOR,
*Respondent,*

*v.*

Sean Jason GREENE,
*Appellant.*

(92C-30096; CA A97372)

957 P2d 593

Richard F. Alway argued the cause and filed the brief for appellant.

Holly Ann Vance, Assistant Attorney General, argued the cause for respondent. With her on the brief were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Before Warren, Presiding Judge, and Deits, Chief Judge, and Edmonds, Judge.

PER CURIAM

## PER CURIAM

Defendant appeals a judgment finding him in contempt for wilfully failing to pay child support.

On appeal, the state concedes that, during part of the time that the trial court considered in determining that there was wilful failure to pay, defendant was under no obligation to pay. The state argues that we should nevertheless affirm because other periods of time would support the judgment. Because we cannot tell whether the trial court would enter the same judgment if it excluded the time when defendant was not obligated to pay, we decline to do so.

Reversed and remanded for reconsideration.